MAGISTRATE JUDGE BROWN

JUDGE LINDBERG

07cr346

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO _____ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint: **07 CR 346**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES _____ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO _X_ YES _____ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES _____ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO _X_ YES _____

6) What level of offense is this indictment or information? FELONY _X_ MISDEMEANOR _____

7) Does this indictment or information involve eight or more defendants? NO _X_ YES _____

8) Does this indictment or information include a conspiracy count? NO _X_ YES _____

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:



☐ Homicide ............... (II)
☐ Criminal Antitrust ....... (II)
☐ Bank robbery ........... (II)
☐ Post Office Robbery ..... (II)
☐ Other Robbery ......... (II)
☐ Assault ............... (III)
☐ Burglary .............. (IV)
☐ Larceny and Theft ...... (V)
☐ Postal Embezzlement .... (IV)
☐ Other Embezzlement .... (III)

☐ Income Tax Fraud ....... (II)
☒ Postal Fraud .......... (II)
☐ Other Fraud ........... (III)
☐ Auto Theft ............ (IV)
☐ Transporting Forged Securities (III)
☐ Forgery ............... (III)
☐ Counterfeiting ......... (III)
☐ Sex Offenses .......... (II)
☐ DAPCA Marijuana ....... (III)
☐ DAPCA Narcotics ....... (III)

☐ DAPCA Controlled Substances . (III)
☐ Miscellaneous General Offenses (IV)
☐ Immigration Laws ...... (IV)
☐ Liquor, Internal Revenue Laws . (IV)
☐ Food & Drug Laws ...... (IV)
☐ Motor Carrier Act ...... (IV)
☐ Selective Service Act .... (IV)
☐ Obscene Mail ......... (III)
☐ Other Federal Statutes .. (III)
☐ Transfer of Probation Jurisdiction (V)

F I L E D

DEC 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1341

Michelle Nasser Weiss
MICHELLE NASSER WEISS
Assistant United States Attorney