## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 346 - 2 | **DATE** | 12/12/2007 |
| **CASE TITLE** | USA vs. Robert Henry | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 12/12/2007. Paul Brayman appears on behalf of the defendant. Arraignment held. Defendant informed of his rights. Defendant waives formal reading of the superseding information. Defendant enters plea of guilty the superseding information. Defendant informed of rights. Judgment of guilty is entered on defendant's plea. Enter waiver of indictment. Defendant is limited to travel within the Northern District of Illinois, and any travel outside the Northern District of Illinois must be preapproved by pretrial services, with advance notice to the government and approval by the court. Status hearing set for 2/21/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|