AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

JH

___NORTHERN___ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

ROBERT HENRY, *et al*

**CASE NUMBER:** 07 CR 346

I, <u>ROBERT HENRY</u>, the above named defendant, who is accused of

From no later than January 2003 through May 2007, in Cook County, in the Northern District of Illinois, and elsewhere, devising, intending to devise, and participating in a scheme to defraud and to obtain property owned by the State of Illinois and Illinois Department of Public Health by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the above-described scheme to defraud and attempting to do so, knowingly causing to be delivered in interstate commerce by commercial interstate carrier, according to the directions thereon, a package containing 48 Exam Books from the Illinois Department of Public Health, 525 West Jefferson Street, 2nd Floor, Springfield, Illinois, to defendant MARYANNE KOLL in Burr Ridge, Illinois, in violation of Title 18, United States Code, Section 1341,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>December 14, 2007</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ROBERT HENRY, Defendant

_____
PAUL BRAYMAN, Counsel for Defendant

Before _____
GEORGE W. LINDBERG, Judicial Officer