# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                        Case No.: 1:07−cr−00346
                                              Honorable George W. Lindberg

Mary Anne Koll, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge George W. Lindberg : The status hearing as to both defendants reset to 2/27/2008 at 9:30a.m. Ruling on the motion to dismiss the indictment reset to 2/27/2008 at 9:30a.m. No court appearance is required on 2/21/2008.Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.