**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                                     Plaintiff,

v.                                                     Case No.: 1:07−cr−00346
                                                  Honorable George W. Lindberg

, et al.
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg as to defendant Robert Henry: The status hearing scheduled for 5/7/2008 is stricken and reset to 8/27/2008 at 9:30a.m. No court appearance required on 5/7/2008. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.